UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-02860-SRN-KMM

| | |
|---|---|
| Jorge Albino Rodriguez, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Michael R. Pompeo, Secretary of State, | ) |
| Defendant. | ) |

Pursuant to the parties' Joint Stipulation of Dismissal [Doc. No. 25], IT IS HEREBY ORDERED that the Complaint in this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to consider a forthcoming motion for attorney fees and litigation costs under 28 U.S.C. § 2412. In light of this ruling, Plaintiff's Motion to Reopen the Case [Doc. No. 23] is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 25, 2020

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge